UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>  Plaintiff,<br><br> vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>  Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO HAVE CERTIFIED COURT REPORTER PRESENT TO RECORD MARCH 24, 2015 CASE MANAGEMENT CONFERENCE** AS MODIFIED<br><br>Judge:   Hon. Vince Chhabria<br><br>Complaint filed:    May 29, 2012<br>FAC filed:             July 20, 2012<br>SAC filed:             November 30, 2012<br>TAC filed:             May 20, 2013<br>Corrected TAC filed: June 21, 2013<br>4AC filed:             Jan. 3, 2014<br>5AC filed:             March 2, 2015 |

*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

| | |
|---|---|
| 1 | Having considered the papers and all pleadings on file and good cause appearing therefor, |
| 2 | IT IS HEREBY ORDERED that Defendants' Administrative Motion To Have Certified Court |
| 3 | Reporter Present To Record March 24, 2015 Case Management Conference is GRANTED as modified. |
| 4 | |
| 5 | ☐ The Court will provide ~~a certified court reporter~~ FTR recording services at the Case Management Conference, |
| 6 | scheduled for March 24, 2015 at 1:30 p.m. |
| 9 | **IT IS SO ORDERED.** |
| 11 | Dated: March 20, 2015 |

IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA