| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>  Plaintiff,<br><br> vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>  Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>**[~~PROPOSED~~] ORDER TO HAVE APRIL 9, 2015 CASE MANAGEMENT CONFERENCE RECORDED**<br>AS MODIFIED<br><br>Judge:   Hon. Vince Chhabria<br><br>Complaint filed:   May 29, 2012<br>FAC filed:   July 20, 2012<br>SAC filed:   November 30, 2012<br>TAC filed:   May 20, 2013<br>Corrected TAC filed:   June 21, 2013<br>4AC filed:   January 3, 2014<br>5AC filed:   March 2, 2015 |

| | |
|---|---|
| 1 | *Related cases*: |
| | Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC |
| 2 | Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC |
| | Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC |
| 3 | Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC |
| | Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC |
| 4 | Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC |
| | Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC |
| 5 | Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC |
| | Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC |
| 6 | Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC |
| | Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC |
| 7 | Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC |
| | Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC |
| 8 | Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC |
| | Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC |
| 9 | Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC |
| | Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC |
| 10 | Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC |
| | Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC |
| 11 | John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC |
| | Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC |
| 12 | Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1   Having considered the papers and all pleadings on file and good cause appearing
2   therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case
3   Management Conference Recorded is GRANTED, as follows:
4          XX    The Court will provide FTR recording services to record the Case Management
5                Conference scheduled for April 9, 2015 at 10:00 a.m.
6                All proceedings in these related cases will be recorded.
7   IT IS SO ORDERED.

10  Dated: April 9, 2015

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*