UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDRIDGE JOHNSON,

    Plaintiff,

v.

UNITED AIRLINES, INC., et al.,

    Defendants.

AND COORDINATED CASES:

Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC

Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC

Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC

Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC

Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC

Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC

Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC

Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC

Case No. 12-cv-02730-VC

**ORDER RE FILING OF SIXTH AMENDED COMPLAINT**

1 | Tom, Lester v. United Airlines, Inc. et al.
2 | 3:15-cv-00466 VC
3 | Crocker, Sal v. United Airlines, Inc. et al.
4 | 3:15-cv-00468 VC
5 | Manswell, Anthony v. United Airlines, Inc.
6 | et al. 3:15-cv-00469 VC
7 | Minter, Karl v. United Airlines, Inc. et al.
8 | 3:15-cv-00470 VC
9 | Washington, Erwin v. United Airlines, Inc. et
10 | al. 4:15-cv-00471 VC
11 | Wilson, Darryl v. United Airlines, Inc. et al.
12 | 3:15-cv-00472 VC
13 | Sherman, Leo v. United Airlines, Inc. et al.
14 | 3:15-cv-00473 VC
15 | Haney, Ken v. United Airlines, Inc. et al.
16 | 3:15-cv-00474 VC
17 | John, Richard v. United Airlines, Inc. et al.
18 | 3:15-cv-00475 VC
19 | Briscoe, Odie v. United Airlines, Inc. et al.
20 | 3:15-cv-00476 VC
21 | Hartsfield, Terrence v. United Airlines, Inc.
22 | et al. 3:15-cv-00477 VC

Notwithstanding their lawyers' failure to meet the deadline to file sixth amended complaints on behalf of each plaintiff in these related cases, the plaintiffs are hereby given one final opportunity to file sixth amended complaints. The sixth amended complaint for each plaintiff is due June 30, 2015. Absent truly extraordinary circumstances (such as an impending substitution of counsel) no further extension will be granted. And the Court repeats that the

plaintiffs will not receive another chance to amend after filing their sixth amended complaints.

**IT IS SO ORDERED.**

Dated: June 24, 2015

VINCE CHHABRIA
United States District Judge