# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER TOM,<br>　　　　Plaintiff,<br>　　v.<br>UNITED AIRLINES, INC., et al.,<br>　　　　Defendants. | Case No. 15-cv-00466-VC<br><br>**ORDER**<br>Re: Dkt. No. 59 |

The request to vacate the portion of the order to show cause requiring the plaintiff's personal appearance on September 10, 2015 is denied.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
VINCE CHHABRIA
United States District Judge