1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>    Defendants.<br><br>AND COORDINATED CASES. | Case No. 12-cv-02730-VC (SK)<br>Case No. 15-cv-00457-VC (SK)<br>Case No. 15-cv-00458-VC (SK)<br>Case No. 15-cv-00461-VC (SK)<br>Case No. 15-cv-00462-VC (SK)<br>Case No. 15-cv-00464-VC (SK)<br>Case No. 15-cv-00465-VC (SK)<br>Case No. 15-cv-00466-VC (SK)<br>Case No. 15-cv-00468-VC (SK)<br>Case No. 15-cv-00469-VC (SK)<br>Case No. 15-cv-00470-VC (SK)<br>Case No. 15-cv-00471-VC (SK)<br>Case No. 15-cv-00472-VC (SK)<br>Case No. 15-cv-00473-VC (SK)<br>Case No. 15-cv-00474-VC (SK)<br>Case No. 15-cv-00475-VC (SK)<br>Case No. 15-cv-00476-VC (SK)<br>Case No. 15-cv-00477-VC (SK)<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

The above matters were referred to Magistrate Judge Sallie Kim for settlement purposes. The Court HEREBY ORDERS the parties to appear on April 6, 2016 at 11:00 a.m. in Courtroom

A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 for a scheduling conference in preparation for the Settlement Conference or Conferences. Lead trial counsel shall appear at the scheduling conference and shall be prepared to discuss setting a Settlement Conference or Conferences. The parties need not submit any written documents at this time.

**IT IS SO ORDERED**.

Dated: March 4, 2016


_____
SALLIE KIM
United States Magistrate Judge