UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, Plaintiff, v. UNITED AIRLINES, INC., et al., Defendants. AND COORDINATED CASES. | Case No. 12-cv-02730-VC (SK) Case No. 15-cv-00457-VC (SK) Case No. 15-cv-00458-VC (SK) Case No. 15-cv-00461-VC (SK) Case No. 15-cv-00462-VC (SK) Case No. 15-cv-00464-VC (SK) Case No. 15-cv-00465-VC (SK) Case No. 15-cv-00466-VC (SK) Case No. 15-cv-00468-VC (SK) Case No. 15-cv-00469-VC (SK) Case No. 15-cv-00470-VC (SK) Case No. 15-cv-00471-VC (SK) Case No. 15-cv-00472-VC (SK) Case No. 15-cv-00473-VC (SK) Case No. 15-cv-00474-VC (SK) Case No. 15-cv-00475-VC (SK) Case No. 15-cv-00476-VC (SK) Case No. 15-cv-00477-VC (SK) **ORDER SETTING FURTHER SCHEDULING CONFERENCE** |

Following the Scheduling Conference on April 6, 2016, the Court HEREBY ORDERS the parties to appear on June 30, 2016 at 10:30 a.m. in Courtroom A, 15th Floor, Federal Building,

450 Golden Gate Avenue, San Francisco, California 94102 for a further scheduling conference in preparation for the Settlement Conferences. Lead trial counsel shall appear at the scheduling conference. The parties need not submit any written documents at this time.

**IT IS SO ORDERED**.

Dated: April 8, 2016

_____
SALLIE KIM
United States Magistrate Judge