UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br>Defendants.<br>AND COORDINATED CASES:<br>Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC<br>Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC<br>Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC<br>Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC<br>Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC<br>Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC<br>Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC<br>Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC<br>Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC<br>Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC<br>Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC<br>Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC<br>Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC<br>Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC<br>John, Richard v. United Airlines, Inc. et al. | Case No. 12-cv-02730-VC<br><br>**ORDER** |

3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al.
3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

This order summarizes the key points from the May 19, 2016 case management conference. The Court will issue separate orders on the substantive motions heard on May 19.

The hearings on all motions to transfer are continued to July 7, 2016 at 1:30 pm. Briefing deadlines will be governed by the local rules.

The hearing on the defendants' request for attorneys' fees in connection with their anti-SLAPP motion will take place on July 7, 2016 at 1:30 pm as well.

A further case management conference will take place on July 7, 2016 at 1:30 pm as well.

The following trial and pretrial schedule will govern in *Washington v. United Airlines, Inc. et al.*, 15-cv-00471-VC, *Hartsfield v. United Airlines, Inc. et al.*, 15-cv-00477-VC, *Roane v. United Airlines, Inc. et al.*, 15-cv-00464-VC, *Jones v. United Airlines, Inc. et al.*, 15-cv-00462-VC, *Johnson v. United Airlines, Inc. et al.*, 12-cv-02730-VC and *Crocker v. United Airlines, Inc. et al.*, 15-cv-00468-VC:

| | |
|---|---|
| Fact Discovery Cutoff: | November 1, 2016 |
| Initial Expert Disclosures: | November 14, 2016 |
| Rebuttal Expert Disclosures: | December 1, 2016 |
| Expert Discovery Cutoff: | December 20, 2016 |
| Last Day for Hearing on Dispositive Motions: | March 16, 2017 |
| Final Pretrial Conference: | May 22, 2017 |
| First Trial: | June 5, 2017 |

At a later date, the Court and the parties will decide which of these six cases will go to trial on June 5th. The remaining cases will follow after that. There will be short breaks between trials, but the parties should anticipate that all six cases will be tried during the summer of 2017.

2

Discovery may, and should, proceed in all other cases.  A trial and pretrial schedule will be set for the other cases at a later date.

**IT IS SO ORDERED.**

Dated: May 20, 2016

VINCE CHHABRIA
United States District Judge